UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 10-945-JST (SSx)　　　　　　　　　　　　Date: August 31, 2010

Title: HPG CORPORATION, et al. v. COUNTRYWIDE HOME LOANS, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　　The Court hereby orders Plaintiffs to show cause why this case should not be dismissed as to certain defendants and/or sanctions to issue against Plaintiffs for Plaintiffs' failure to comply with Local Rule 7-9, requiring Plaintiffs to have filed their opposition to Certain Defendants' Motion to Dismiss (Doc. 52) no later than August 23, 2010. Plaintiffs' response to this order to show cause is due no later than September 3, 2010. Defendants Bank of America Corporation, Countrywide Home Loans, Inc., and America's Servicing Company need not file any reply to Plaintiffs' Opposition (Doc. 68) until the Court has made a determination on this order to show cause.

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: enm